IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DAVID PHILLIPS,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:10-CV-1784-L** |
| § | |
| **L-3 COMMUNICATIONS INTEGRATED, SYSTEMS L.P.,** § § § | |
| § | |
| Defendant. § | |

## JUDGMENT

The court issues this judgment pursuant to its memorandum opinion and order of August 24, 2012. It is therefore **ordered, adjudged, and decreed** that Plaintiff United States of America, ex rel. David Phillips ("Phillips") take nothing against Defendant L-3 Communications Integrated Systems L.P. ("L-3"); that this action against L-3 is dismissed with prejudice; that all relief requested by Phillips is denied; that all allowable and reasonable costs are taxed against Phillips; and that all relief not expressly granted herein is denied.

**Signed** this 24th day of August, 2012.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**